1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE DAVID RANKIN,                    No.  2:16-cv-0992-EFB P

12                    Petitioner,

13        v.                                 AMENDED ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
14   THE PEOPLE,

15                    Respondent.

16

17        Petitioner is a county prisoner proceeding without counsel on a petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Examination of this action and the court's records

19   reveals that the petitioner is already proceeding with a petition for relief in the same matter.  *See*

20   *Rankin v. Honea*, No. 2:16-cv-556-MCE-AC (E.D. Cal.).

21        A suit is duplicative if the "claims, parties, and available relief do not significantly differ

22   between the two actions."  *Barapind v. Reno*, 72 F. Supp. 2d 1132, 1145 (E.D. Cal. 1999)

23   (quoting *Ridge Gold Standard Liquors, Inc. v. Joseph E. Seagram & Sons, Inc.*, 572 F. Supp.

24   1210, 1213 (N.D. Ill. 1983)).  "When a complaint involving the same parties and issues has

25   already been filed in another federal district court, the court has discretion to abate or dismiss the

26   second action.  *Id.* at 1144 (citation omitted).  "Federal comity and judicial economy give rise to

27   rules which allow a district court to transfer, stay, or dismiss an action when a similar complaint

28   has already been filed in another federal court."  *Id.* at 1145 (citation omitted).  "[I]ncreasing

1   calendar congestion in the federal courts makes it imperative to avoid concurrent litigation in

2   more than one forum whenever consistent with the right of the parties." *Crawford v. Bell*, 599

3   F.2d 890, 893 (9th Cir. 1979).

4          Due to the duplicative nature of the present action, this action should be dismissed and

5   petitioner should proceed on the action he initially commenced.

6          Accordingly, it is hereby ORDERED that the Clerk of the Court shall randomly assign a

7   United States District Judge to this action.

8          Further, it is hereby RECOMMENDED that this action be dismissed.

9          These findings and recommendations are submitted to the United States District Judge

10   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11   after being served with these findings and recommendations, any party may file written

12   objections with the court and serve a copy on all parties.  Such a document should be captioned

13   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

14   shall be served and filed within fourteen days after service of the objections.  Failure to file

15   objections within the specified time may waive the right to appeal the District Court's order.

16   *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

17   1991).  In his objections petitioner may address whether a certificate of appealability should issue

18   in the event he files an appeal of the judgment in this case.  *See* Rule 11, Rules Governing Section

19   2254 Cases (the district court must issue or deny a certificate of appealability when it enters a

20   final order adverse to the applicant).

21   DATED:  June 16, 2016.

22                                            _____
                                             EDMUND F. BRENNAN
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                              2